# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GARY GRYZWA<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLIANCE MECHANICAL, INC.;<br>MARK W. VERNON.<br><br>　　　　Defendants. | CASE NO. 2:11-cv-00030-RCJ-(RJJ)<br><br>**ORDER ON MOTION<br>TO VACATE DEFAULT** |

WHEREAS, Defendants moved to lift the default entered by the Clerk of the Court subsequent to Plaintiff having filed a motion for default judgment;

AND WHEREAS this motion having come on for hearing on August 4, 2011, with Plaintiff represented by McCracken Stemerman & Holsberry by Andrew Kahn, and Defendants represented by Michael Gebhart;

AND WHEREAS the Court having made the determination reflected on the record of such hearing;

IT IS HEREBY ORDERED that the default is lifted.  Defendants are ordered to pay Plaintiff and his counsel attorneys' fees of $5,000 due to Defendants' failure to answer the complaint in a timely fashion and move promptly to lift the default entered.  Such order shall be without prejudice to Plaintiff's counsel filing a motion for any additional fees and expenses they can show to have been incurred in their moving for default judgment and shall be without prejudice to Defendants' counsel filing a motion for reconsideration on the award of attorneys' fees.  Defendants' answer shall be filed within seven (7) days of this order.

---

[1] This proposed order was prepared by Plaintiff's counsel and circulated to Defendants' counsel as ordered by the Court.  It incorporates the revisions proposed by Defendants' counsel.

1

**[PROPOSED] ORDER ON MOTION TO VACATE DEFAULT**　　　CASE NO. 2:11-cv-00030-RCJ-(RJJ)

1    IT IS SO ORDERED.

3    Dated: 08-23-2011

                                                              _____
4                                                              JUDGE, U.S. DISTRICT COURT

[PROPOSED] ORDER ON MOTION TO VACATE DEFAULT    CASE NO. 2:11-cv-00030-RCJ-(RJJ)