UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GARY GRYZWA, | |
| Plaintiff, | 2:11-cv-0030-RCJ-RJJ |
| vs. | |
| ALLIANCE MECHANICAL, INC., *et al*., | **ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on January 5, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  8th  day of December, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge