Richard G. McCracken, SBN 2748 (rmccracken@dcbsf.com)
Eric B. Myers, SBN 8588 (ebm@dcbsf.com)
McCRACKEN, STEMERMAN & HOLSBERRY
1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102
Tel. No.:        (702) 386-5107
Fax No.:        (702) 386-5132

*Attorneys for Plaintiff*

Michael T. Gebhart, Esq., SBN 7718
PEEL BRIMLEY, LLP
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Tel. No.:        (702) 990-7272
Fax No.:        (702) 990-7273
mgebhart@peelbrimley.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY GRYZWA,<br><br>                     Plaintiff,<br><br>         vs.<br><br>ALLIANCE MECHANICAL, INC., MARK W. VERNON, and DOES 1 THROUGH 20,<br><br>                     Defendants. | Case No.:  2:11-cv-00030-RCJ-RJJ<br><br>**STIPULATED PROTECTIVE ORDER** |

   Plaintiff and Defendants, through counsel, hereby stipulate to the following:

   1.   This lawsuit is an ERISA action alleging *inter alia* that Defendants breached their fiduciary duties by failing to assure that fringe benefits contributions were properly and/or timely remitted to a 401(k) employee pension benefits plan.  Plaintiff has been granted leave to pursue his

1

STIPULATED PROTECTIVE ORDER                                                    Case No. 2:11-cv-00030-RCJ-RJJ

complaint on class basis.

2. Plaintiff has sought through discovery certain personally-identifying information and financial/payroll records from the Defendants and from third-party entities (specifically, John Hancock (USA) and Priority Pension Services, Inc.) that pertain to putative class members.

3. Defendants have expressed concern regarding the putative class members' right to privacy with respect to the documents sought.

4. While Plaintiff disputes the applicability of any legal right of privacy regarding the requested records, Plaintiff has agreed to enter into this Stipulated Protective Order in order to resolve said concerns.

5. Pursuant to this Stipulated Protective Order, Plaintiffs agree that names, telephone and addresses of putative class members will be used solely for purposes of this litigation and will not otherwise be disclosed.  Nothing herein will prevent Plaintiff's counsel from contacting putative class members for the purpose of pursuing this litigation.

6. Plaintiff further agrees that information provided by Defendants, by John Hancock USA, and/or by Pension Priority Services Inc., consisting of employee payroll records, 401(k) account transaction histories, individual investment selections, and other individual financial information revealed in plan account documents will be used solely for purposes of this litigation and will not otherwise be disclosed.  Such documents will be marked "confidential" when provided to Plaintiff's counsel.

SO STIPULATED AND AGREED.

Respectfully submitted,

Dated: February 27, 2012        */s/ Eric B. Myers*
                                Eric B. Myers, Esq.,
                                McCRACKEN, STEMERMAN & HOLSBERRY
                                *Counsel for Plaintiff*

Dated: February 27, 2012        */s/ Michael T. Gebhart*
                                Michael T. Gebhart, Esq.
                                PEEL BRIMLEY, LLP
                                *Counsel for Defendants*

1. IT IS SO ORDERED.

Dated: __FEB. 27__, 2012

_____
U.S. O CI KVTC VG JUDGE