# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY GRZYWA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALLIANCE MECHANICAL, INC., MARK W. VERNON, DAWN M. VERNON, and DOES 1 THROUGH 20,<br><br>                    Defendants. | Case No.:  2:11-cv-00030-MMD-RJJ<br><br>**ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR STAY OR EXTENSION OF MOTION DEADLINES** |

FOR GOOD CAUSE SHOWN, the briefing deadlines set by the Court by order dated March 22, 2012 (Doc. 59) are stayed until the Court has resolved Plaintiff's pending discovery motions.  The parties may file dispositive motions on matters that they contend are ripe for adjudication on or prior to July 31, 2012.

**IT IS SO ORDERED.**

DATE:  August 27, 2012                                  _____

                                                                          UNITED STATES MAGISTRATE JUDGE

1

[proposed] ORDER GRANTING PLAINTIFF'S RENEWED
MOTION FOR STAY OR EXTENSION OF MOTION DEADLINES          Case No. 2:11-cv-00030-MMD-RJJ