UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GARY GRYZWA, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-30-RCJ-RJJ |
| ) | |
| vs. ) | |
| ) | |
| ALLIANCE MECHANICAL, INC., *et al.*, ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter came before the Court for a hearing on Plaintiff's Motion to Compel Discovery Responses and For Discovery Sanctions; Including Rendering of partial Default Judgment (#66).

The Defendant, Mark W. Vernon, filed a Suggestion of Bankruptcy (#78) on August 20, 2012. Defendants Mark W. Vernon and Dawn M. Vernon filed bankruptcy under Chapter 11 in Case No. 12-19554-MKN. While both individual defendants have filed bankruptcy, the corporation has not. This was confirmed by the Plaintiff in a Notice to the Court (#80) filed on September 5, 2012. Therefore, the Plaintiff has decided not to take any further action in this case against the corporate defendant, "until such time as he can ascertain the effect of the automatic stay and the bankruptcy proceedings on that Defendant." Notice (#80) at 1. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Plaintiff's Motion to Compel Discovery

Responses and For Discovery Sanctions; Including Rendering of partial Default Judgment (#66) is **DENIED WITHOUT PREJUDICE.**

DATED this   12th   day of September, 2012.

*Robert J. Johnston*
ROBERT J. JOHNSTON
United States Magistrate Judge