# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GARY GRZYWA,<br><br>        Plaintiff(s),<br><br>vs.<br><br>ALLIANCE MECHANICAL, INC., et al.,<br><br>        Defendant(s). | Case No. 2:11-cv-00030-APG-NJK<br><br>ORDER RE: MOTION TO<br>WITHDRAW AS COUNSEL<br>(Docket No. 91) |

Pending before the Court is a renewed motion to withdraw as attorney for Defendants. *See* Docket No. 91. The Court previously denied without prejudice a similar motion. Docket No. 88 ("In light of Defendants' bankruptcy proceedings, the Court finds that withdrawal is not appropriate at this time"). It appears from the pending motion that bankruptcy proceedings continue and, consequently, the automatic stay continues to apply to this case. *See* Docket No. 91 at 3-4. The pending motion does not adequately address the appropriateness of granting the motion to withdraw in light of the on-going bankruptcy proceedings.

The Court hereby ORDERS any response to the pending motion filed no later than June 6, 2013, and any reply filed no later than June 13, 2013. The response and reply shall more fully discuss whether it is appropriate to grant the motion to withdraw given the bankruptcy proceedings.

IT IS SO ORDERED.

DATED: May 31, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge