# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARY GRZYWA, | Case No.: 2:11-CV-00030-APG-NJK |
| Plaintiff, | |
| vs. | |
| ALLIANCE MECHANICAL, INC., MARK W. VERNON, and DAWN M. VERNON, | |
| Defendants. | |

### ORDER

Defendants Mark W. Vernon and Dawn M. Vernon filed a Suggestion of Bankruptcy (Doc. #89) on March 25, 2013. The parties have not provided the Court with any status reports since that time.

IT IS THEREFORE ORDERED that the parties shall file a status report on or before February 28, 2014, and shall file additional written joint status reports at 120 day intervals thereafter.

DATED this 3rd day of February, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1