1  Richard G. McCracken, SBN 2748 (rmccracken@dcbsf.com)
   Eric B. Myers, SBN 8588 (ebm@dcbsf.com)
2  McCRACKEN, STEMERMAN & HOLSBERRY
   1630 S. Commerce Street, Suite A-1
3  Las Vegas, Nevada 89102
4  Tel. No.:        (702) 386-5107
   Fax No.:        (702) 386-5132
5
6  *Attorneys for Plaintiff*

7  Michael T. Gebhart, SBN 7718 (mgebhart@peelbrimley.com)
   PEEL BRIMLEY LLP
8  3333 E. Serene Avenue, Suite 200
9  Henderson, Nevada 89074-6571
   Tel. No.:        (702) 990-7272
10 Fax. No.:        (702) 990-7273

11 *Attorneys for Defendants*

12

13

14            **UNITED STATES DISTRICT COURT**

15                 **DISTRICT OF NEVADA**

16

17  GARY GRZYWA,                          Case No.:  2:11-cv-00030-APG-NJK

18                 Plaintiff,

19         vs.                            **STIPULATION OF**
                                          **VOLUNTARY DISMISSAL**
20  ALLIANCE MECHANICAL, INC., MARK
    W. VERNON, DAWN M. VERNON, and
21  DOES 1 THROUGH 20,

22                 Defendants.

23

24

25

26

27

28

STIPULATION OF VOLUNTARY DISMISSAL                    Case No. 2:11-cv-00030-APG-NJK

1    Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties to this action,

2    by and through their undersigned counsel, hereby stipulate to the voluntary dismissal of the

3    captioned action without prejudice.  Each party shall bear its own attorneys' fees and costs.

4        IT IS SO STIPULATED.

5                                                     Respectfully submitted,

6

7    Dated:  April 11, 2014                        /s/Eric B. Myers

8                                                  Eric B. Myers
                                                   McCRACKEN, STEMERMAN & HOLSBERRY

9                                                  1630 S. Commerce Street, Suite A-1
                                                   Las Vegas, Nevada 89102

10                                                 Tel:    702-386-5107
                                                   Fax:    702-386-5132

11
                                                   *Attorneys for Plaintiff*

12

13

14   Dated:  April 11, 2014                        /s/Michael T. Gebhart

15                                                 PEEL BRIMLEY LLP
                                                   3333 E. Serene Avenue, Suite 200

16                                                 Henderson, Nevada 89074-6571
                                                   Tel. No.:      (702) 990-7272

17                                                 Fax. No.:      (702) 990-7273

18
                                                   *Attorneys for Defendants*

19

20
                                    **ORDER**
21

22       **IT IS SO ORDERED.**

23       Dated:  April 14, 2014.

24

25                                          _____

26                                          UNITED STATES DISTRICT JUDGE

27

28

1

STIPULATION OF VOLUNTARY DISMISSAL                          Case No. 2:11-cv-00030-APG-NJK